## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RALPH JOHNSTON, JR. | * | |
| Petitioner | * | |
| v | * | Civil Action No. PX-18-168 |
| WARDEN RICKY FOXWELL, THE ATTORNEY GENERAL OF THE STATE OF MARYLAND BRIAN E. FROSH, | * * | |
| Respondents | * | |
| | * | |
| | *** | |

## **MEMORANDUM OPINION**

Pending is self-represented Petitioner Ralph Johnson's Motion for a Default Judgment filed on April 11, 2018. ECF No. 10. Johnson asserts the time for Respondents to file an Answer to his Petition expired on April 6, 2018, and he is entitled to a default judgment. ECF No. 10-1.

Johnson initiated this federal habeas proceeding on January 18, 2018, by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. ECF No. 1. On January 26, 2018, the Court ordered Respondents to file an Answer to the Petition within 40 days. ECF No. 5. On March 30, 2018, the Court granted Respondents' Motion for an Extension of Time to file the Answer to and including April 6, 2018. ECF Nos. 5, 7. On April 4, 2018, Respondents filed a second Motion for an Extension of Time, which the Court granted the following day, April 5, 2018. ECF Nos. 8, 9. Respondents' Answer to the original and supplemented/ amended Petition is presently due on or before May 7, 2018. Under these facts, no grounds for a default judgment exist.

Accordingly, it is this 13th day of April 2018, by the United States District Court for the District of Maryland, hereby ordered:

1. The Motion for Default Judgment (ECF No. 10) IS DENIED; and

2. The Clerk SHALL SEND a copy of this Order and the docket sheet to Petitioner and to counsel.

/S/
Paula Xinis
United States District Judge